NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCOTT TIMBER COMPANY,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5092

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-708, Judge Charles F. Lettow.

---

**ON MOTION**

---

## ORDER

The United States moves for a 62-day extension of time, until October 3, 2011, to file its principal brief. Scott Timber Company opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

For The Court

**JUL 2 9 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alan I. Saltman, Esq.
    Ellen M. Lynch, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 9 2011

**JAN HORBALY**
**CLERK**